LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 0 6 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **08-00019** |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | COUNT 1 |
| FRANCINE N. GALAO, ) | **RECKLESS DRIVING** [16 GCA 9107 and 18 U.S.C. § 7(3) and § 13] |
| ) | COUNT II |
| Defendant. ) | **DUI** [16 GCA 18102 and 18 U.S.C. § 7(3) and § 13] |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - RECKLESS DRIVING

On or about November 1, 2007, in the District of Guam, the defendant, FRANCINE N. GALAO, did drive and/or operate a vehicle upon a highway, said highway being located upon Andersen Air Force Base which is land acquired for the use of the United States and under the exclusive jurisdiction thereof, in willful or wanton disregard for the safety of persons or property in violation of 16 Guam Code Annotated, Section 9107, and Title 18, United States Code, Sections 7(3) and 13.

### COUNT II - DRIVING UNDER THE INFLUENCE OF ALCOHOL (BAC)

On or about November 1, 2007, in the District of Guam, the defendant, FRANCINE N. GALAO, at Andersen Air Force Base, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did operate or was in physical control of a motor vehicle

while she had 0.08% or more, by weight, of alcohol in her blood, in violation of 16 Guam Code Annotated, Section 18102(b)(as enacted on June 22, 1993, Public Law 22-20), and Title 18, United States Code, Sections 7(3) and 13.

DATED this 6th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Benjamin Beliles*
BENJAMIN A. BELILES
Special Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                                U.S. District Court

**Place of Offense:**

City        Hagatna                    **Related Case Information:**        **08-00019**

Country/Parish ___N/A___          Superseding Indictment _____ Docket Number _____
                                  Same Defendant _____     New Defendant ___X___
                                  Search Warrant Case Number _____
                                  R 20/ R 40 from District of _____

**Defendant Information:**

  Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name          ___Francine N. Galao___

Allisas Name            _____                **RECEIVED**
                                                              MAR 06 2008
Address                 _____                DISTRICT COURT OF GUAM
                                                              HAGATNA, GUAM
                        ___Dededo, Guam___

Birth date __XX/XX/1981__ SS# __XXX-XX-7381__ Sex __F__ Race __CH__ Nationality __US__

**U.S. Attorney Information:**

SAUSA __Benjamin Beliles__

**Interpreter:** __X__ No ___Yes        List language and/or dialect: __N/A__

**Location Status:**

Arrest Date ___2 Nov 07___

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___  _____ Petty __X__ Misdemeanor _____ Felony

|      | Index Key/Code        | Description of Offense Charged | Count(s) |
|------|-----------------------|-------------------------------|----------|
| Set 1| 18 U.S.C. 7(3) and 13 | RECKLESS DRIVING              | 1        |
| Set 2| 18 U.S.C. 7(3) and 13 | DUI                           | 1        |
| Set 3|                       |                               |          |
| Set 4|                       |                               |          |

(Continued on reverse)

Date: __3/6/8__   Signature of SAUSA: _____