LEONARDO M. RAPADAS
United States Attorney
BENJAMIN A. BELILES
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00019 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) **Re: United States' Request** |
| FRANCINE N. GALAO, | ) **For Issuance of Summons** |
| Defendant. | ) |

Upon the filing of an Information and at the request of the government,

IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, March 18, 2008, at 9:00 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 10, 2008