# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**FRANCINE N. GALAO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    **CR-08-00019-001** |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **302** |
| | Date and Time |
| Before:    Honorable Joaquin V. E. Manibusan, Jr. | **Tuesday, March 18, 2008 at 9:00 a.m.** |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Reckless Driving, 16 GCA 9107 and 18 U.S.C. § 7(3) and § 13, Count 1

DUI, 16 GCA 18102 and 18 U.S.C. § 7(3) and § 13, Count 2

**FILED**
DISTRICT COURT OF GUAM

MAR 1 1 2008

JEANNE G. QUINATA
Clerk of Court

| | |
|---|---|
| Marilyn B. Alcon; Deputy Clerk | /s/ Marilyn B. Alcon |
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| **March 10, 2008** | |
| Date | |

# RETURN OF SERVICE

Service was made by me on:[1]   Date  3/11/2008

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS D/GU

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/11/2008
           Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.