# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00019　　　　　　　　　　DATE: March 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:05:06 - 9:14:38 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Francine N. Galao | Attorney: John Gorman |
| ☑ Present ☐ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Benjamin Beliles | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant waives reading of <u>Information</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>May 20, 2008 at 9:30 a.m.</u>
- Defendant released.

NOTES: