DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>**FRANCINE N. GALAO,**<br><br>            Defendant. | CRIMINAL CASE   NO. 08-00019<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the FEDERAL PUBLIC DEFENDER is appointed to

represent the defendant in the above-entitled case nunc pro tunc to March 11, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 18, 2008**