# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# AMENDED MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00019　　　　　　　　　　DATE: March 18, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:05:06 - 9:14:38 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Francine N. Galao | Attorney: John Gorman |
| ☑Present ☐Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☑FPD ☐CJA |
| U.S. Attorney: Benjamin Beliles | U.S. Agent: |
| U.S. Probation: Christopher Duenas | U.S. Marshal: D. Punzalan |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Financial Affidavit reviewed and accepted: <u>Federal Publice Defender</u> appointed to represent the defendant.
- Defendant consented to proceed before the U.S. Magistrate Judge and waived his/her right to trial, judgment and sentencing by the district judge.
- Defendant sworn and examined.
- Defendant waives reading of <u>Information</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>May 20, 2008 at 9:30 a.m.</u>
- Defendant released.

NOTES: ** Amended to include that defendant consented to proceed before a magistrate judge.