JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
FRANCINE N. GALAO

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00019 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | Granting Motion to Schedule |
| FRANCINE N. GALAO, | ) | Change of Plea Hearing Date |
| Defendant. | ) | |

Upon request of the Defendant, the court hereby schedules a change of plea hearing for May 15, 2008, at 10:00 a.m. The pretrial conference scheduled for May 13, 2008, is hereby vacated.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: May 13, 2008**