# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-08-00019                    DATE: May 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 10:11:26 - 10:26:12 |

**APPEARANCES:**

Defendant: Francine N. Galao                    Attorney: John Gorman

☑Present ☐Custody ☐Bond ☑P.R.            ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Kurt Grunawalt                    U.S. Agent:

U.S. Probation: Maria Cruz

Interpreter:                                            Language:

**PROCEEDINGS: Change of Plea**

- Defendant sworn and examined.
- No written plea.
- Plea entered: Guilty to count II.
- Plea: Accepted.
- Defense oral motion to revoke pre-sentencing release so that defendant can serve her minimum mandatory 48 hours, defense to submit order.
- Sentencing set for: August 13, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: July 9, 2008
- Response to Presentence Report: July 23, 2008
- Final Presentence Report due to the Court: August 6, 2008
- Defendant released on as previously ordered by this Court.

NOTES: