JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
FRANCINE N. GALAO

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08-00019 |
| | ) | |
| Plaintiff, | ) | NOTICE OF PROPOSED GUILTY PLEA |
| | ) | ALLOCUTION REGARDING |
| vs. | ) | STIPULATED FACTS |
| | ) | |
| FRANCINE N. GALAO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, FRANCINE N. GALAO, through counsel, John T. Gorman, Federal Public Defender, and states that she will admit to the following stipulated facts at her Change of Plea Hearing on May 15, 2008. "On or about November 1, 2007, I was operating a motor vehicle at Andersen Air Force Base in Guam, on land acquired for the use of the United States and under the United States' exclusive jurisdiction. At that time, I was intoxicated and had a blood alcohol content of more than .08%."

DATED: Mongmong, Guam, May 15, 2008.

/s/ JOHN T. GORMAN



Attorney for Defendant
FRANCINE N. GALAO

## CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was electronically filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on May 15, 2008:

KURT GRUNAWALT
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Suite 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, May 15, 2008.

/s/ JOHN T. GORMAN



John T. Gorman
Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
FRANCINE N. GALAO