JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FRANCINE N. GALAO

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00019 |
| Plaintiff, | ) | |
| vs. | ) | |
| FRANCINE N. GALAO, | ) | **ORDER** Revoking Defendant's Release for 48- Hour Period |
| Defendant. | ) | |

Upon the oral request of the Defendant and without objection from the Government,

IT IS HEREBY ORDERED that the Defendant's release is revoked for a period of 48 hours to begin on Monday, May 19, 2008, at 9:00 a.m. to Wednesday, May 21, 2008, at 9:00 a.m. The defendant shall turn herself into the office of the U.S. Marshal Service located on the third floor of the U.S. Courthouse building at 9:00 a.m. on May 19, 2008.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: May 16, 2008**