JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FRANCINE N. GALAO

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 08-00019 |
|---|---|---|
| Plaintiff, | ) ) ) | RESPONSE TO DRAFT PRESENTENCE REPORT |
| vs. | ) ) | |
| FRANCINE N. GALAO, | ) ) | |
| Defendant. | ) ) | |

Defendant, FRANCINE N. GALAO, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence Investigation Report.

DATED: Mongmong, Guam, July 25, 2008.

/s/ JOHN T. GORMAN



Attorney for Defendant
FRANCINE N. GALAO

## CERTIFICATE OF SERVICE

I, JOHN T. GORMAN, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on July 25, 2008:

KURT E. GRUNAWALT
Special Assistant United States Attorney
U.S. Attorneys Office
Hagatna, Guam

Attorney for Plaintiff
UNITED STATES OF AMERICA

CARLEEN G. BORJA
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 25, 2008.

/s/ JOHN T. GORMAN



John T. Gorman
Federal Public Defender
District of Guam
Phone: (671) 472-7111
Facsimile: (671) 472-7120
GMT + 10:00 Hours

Attorney for Defendant
FRANCINE N. GALAO