# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-08-00019          DATE: August 13, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio      Electronically Recorded: 10:00:32 - 10:23:33

**APPEARANCES:**
Defendant: Francine N. Galo      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Kurt Grunawalt      U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:      Language:

**PROCEEDINGS:** Sentencing
- Defendant sentenced to 48 hours time served
- Defendant sentenced to a probation term of <u>2 years</u>.
- Fine ordered in the amount of $1,000.00
- Special assessment fee of $25.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant shall abide by conditions of release previously imposed.
- Governments oral motion to dismiss court 1 granted.

NOTES: